IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALFREDO PARRA,

    Petitioner,

vs.

SHARON BLACKETTER,
Superintendent,
Oregon State Correctional Institution

    Respondent.

CV No. 05-135 HO

ORDER DISMISSING HABEAS CORPUS PETITION

This matter having come before the Court on the motion of the counsel for Petitioner to voluntarily dismiss the habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. Petitioner will be allowed to refile his habeas petition anytime within the next

18 months and the statute of limitations will be tolled during that time. The parties retain any and all issues and defenses that existed at the dismissal of the petition.

IT IS SO ORDERED this 30th day of May, 2007.

The Honorable Michael R. Hogan
U.S. District Court Judge

Submitted by:

/s/ Patrick J. Ehlers
Patrick J. Ehlers
Attorney for Petitioner

Denis Vannier(by consent)
Attorney for Respondent